**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**STEFANIE WATTERS**                                                                                           **PLAINTIFF**

**v.**                                                **Case No. 2:24-cv-00032-KGB**

**PALESTINE-WHEATLEY SCHOOL DISTRICT**                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 18). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice. The Court denies as moot defendant's pending motion for summary judgment (Dkt. No. 13).

So ordered this the 8th day of April, 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge